IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION 08-0471-KD-C ) |
| WALTER L. JOHNSON, | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order granting summary judgment entered contemporaneously herewith, it is **ORDERED, ADJUDGED and DECREED**, that judgment is hereby entered in favor of plaintiff Wachovia Bank, National Association and against defendant Walter L. Johnson in the principal amount of $1,671,353.14, plus accrued interest as of May 14, 2009 in the amount of $283,027.43,[1] for a total of $1,954,380.57, and the expenses of collection including attorneys' fees in the amount of $32,280.90 and expenses in the amount of $11,910.21.

**DONE** and **ORDERED** this 14th day of May, 2009.

       s / Kristi K DuBose
       **KRISTI K. DUBOSE**
       **UNITED STATES DISTRICT JUDGE**

---

[1] This sum consists of interest accrued to April 7, 2009 in the amount of $276,585.73 plus interest accrued to May 14, 2009 in the amount of $6,441.70 ($174.10 x 37 days = $6,441.70)).